# United States District Court

**CENTRAL**     DISTRICT OF     **CALIFORNIA**

LODGED
CLERK, U.S. DISTRICT COURT
12/14/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: cd DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
12/14/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ib DEPUTY

**UNITED STATES OF AMERICA**

v.

**STEVE MONTGOMERY JR.**

**REG#: 33971-112**

**CRIMINAL COMPLAINT**

**CASE NUMBER:** 2:22-mj-04910-DUTY

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about November 4, 2022, in the County of Los Angeles, in the Central District of California, defendant STEVE MONTGOMERY did escape from the custody of the United States Attorney General, in violation of Title 18, United States Code, Section 751.   I further state that I am a Deputy United States Marshal, and that this complaint is based on the following facts:

On or about November 22, 2022, the United States Marshals Service received information from Juan Herrera, Chief Executive Officer Residential Reentry Center ("RRC"), stating that MONTGOMERY had escaped from the RRC, located at 5520 Harold Way, Los Angeles, California, CA 90028.   According to Bureau of Prisons records, MONTGOMERY is a black male, approximately 5 feet, 9 inches tall, weighing approximately 180 pounds, with a bald head and brown eyes.   MONTGOMERY is 51 years old and is a United States citizen.

From my review of court records, I learned that on or about September 8, 2009, in the United States District Court for the Central District of California, Case No. 2:08-cr-00827-DOC, MONTGOMERY was sentenced to a term of 120 months imprisonment, with 3 years of supervision to follow for a conviction of being in possession with intent to distribute cocaine case in the form of crack cocaine in violation of 21 U.S.C. § 841(a)(1),(b)(1)(b)(iii).   On November 3, 2009, MONTGOMERY was transferred from United States Penitentiary Lompoc to the RRC to serve the remainder of his sentence. MONTGOMERY was scheduled to be released from the RRC on January 10, 2023.

On November 22, 2022, staff conducted a head count of the inmates housed in the RRC, at which point, staff discovered that MONTGOMERY was missing.   Staff reported that they conducted a fire drill, without locating MONTGOMERY's whereabouts.   In addition, staff reportedly called MONTGOMERY's approved cell phone and emergency contact, and both calls were unsuccessful.   Staff reported reviewing video surveillance camera footage and observing MONTGOMERY walking away from the facility's front entrance.   MONTGOMERY was placed on escape status due to his unknown whereabouts. As of today's date, MONTGOMERY whereabouts are unknown.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

_/s/Myles Banford_
Signature of Complaint

Deputy U.S. Marshal

at Los Angeles, California
City and State

December 14, 2022
Date

Hon. Alexander F. MacKinnon
Name & Title of Judicial Officer

*[signature]*
Signature of Judicial Officer

AUSA Suria Bahadue: 213-894-5487